IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| KEYSTONE DEDICATED LOGISTICS, | ) | |
| Plaintiff, | ) | Civil Action No. 09-0569 |
| | ) | |
| vs. | ) | Magistrate Judge Lisa P. Lenihan |
| | ) | |
| THE FLEXAUST COMPANY, INC., d/b/a | ) | |
| FLEXAUST INDUSTRIAL, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion, Defendants' Motion for Reconsideration of Summary Judgment is denied.

_____
LISA PUPO LENIHAN
United States Magistrate Judge

Dated: August 31, 2010